United States District Court
Southern District of Texas
**ENTERED**
September 11, 2019
David J. Bradley, Clerk

# TELEPHONE HEARING MINUTES AND ORDER

**Cause Number**: 19cv0060

**Style**: Debra Bey v. WalkerHealthCareIT, LLC.

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Andrew Ficzko | Plaintiffs |
| Paul Hall/Katharine Weber/Matthew Byrne | Defendant Encore Health Resources |
|  | Defendants WalkerSearGroup |
| Jonathan Christman | Tiffany Walker/Gregory Walker |

**Date**: September 10, 2019          **ERO**: Yes
**Time**: 10:57 a.m. - 11:23 a.m.      **Interpreter:**

**At the hearing the Court made the following rulings**:

Settlement hearing held.

Unopposed Motion for Settlement [Doc. # 150] is GRANTED in accordance with the record in open court.

Unopposed Motion for Attorney Fees [Doc. # 152] is GRANTED in accordance with the record in open court.

Parties to submit by **September 13, 2019,** a new proposed order approving the settlement and requested attorneys' fees, and clarifying the scope of the release of claims by Plaintiff class members (limited to wage and hour claims).

**SIGNED** at Houston, Texas this 10th day of September, 2019.